**Order entered May 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01423-CR

### KEITH ALLEN WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-46409-H**

## ORDER

The Court **GRANTS** appellant's May 9, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/  DAVID EVANS
    JUSTICE